IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| USA VIDEO TECHNOLOGY CORPORATION | § § § |
| VS. | § § Case No. 2:06-CV-239 |
| TIME WARNER, INC., ET AL. | § § |

**REFERRAL ORDER**

In an effort to prevent undue delays in this complicated case, the undersigned hereby enters the following Referral Order.

It is **ORDERED** that discovery disputes and discovery motions, as well as certain other motions filed in this case, shall be **REFERRED**, at the discretion of, or in the absence of, the undersigned**,** to United States Magistrate Judge Earl S. Hines.  The United States Magistrate Judge shall hear and determine such matters as are within the magistrate judge's dispositive jurisdiction and proceed in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) concerning such matters that are excepted from the magistrate judge's dispositive jurisdiction.

So **ORDERED** and **SIGNED** this **28** day of **August, 2006.**

_____
Ron Clark, United States District Judge